(No. 13778.—Writ dismissed.)

MARGARET M. PETERSON, Defendant in Error, *vs.* EVAR
F. PETERSON, Plaintiff in Error.

*Opinion filed April 21, 1921.*

PRACTICE—*a writ of error does not lie to review judgment of
Appellate Court affirming decree for divorce and alimony.* A judgment of the Appellate Court affirming a decree for divorce and alimony is final, under section 121 of the Practice act, unless the Appellate Court grants a certificate of importance and an appeal or the Supreme Court awards a writ of *certiorari.*

WRIT OF ERROR to the First Branch Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. JOHN J. SULLIVAN, Judge, presiding.

LOUIS S. COHN, for plaintiff in error.

Mr. JUSTICE FARMER delivered the opinion of the court:

Defendant in error sued her husband, plaintiff in error, in the superior court of Cook county, for divorce and alimony. The cause was heard and a decree entered granting her a divorce and eight dollars a week alimony. The decree was affirmed on appeal by plaintiff in error to the Appellate Court. No certificate of importance was granted by that court and no petition for *certiorari* was filed in or allowed by this court but plaintiff in error sued out the writ of error to the Appellate Court to review its judgment.

By section 121 of the Practice act the judgment of the Appellate Court was final unless that court granted a certificate of importance or this court required by *certiorari* the record to be certified to it for review of the judgment. The writ is dismissed.          *Writ dismissed.*